UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY GABBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01178-JMS-TAB |
| ) | |
| SPANN Deputy, ) | |
| K. SHIRLEY Nurse, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. This action is dismissed without prejudice. Fed. R. Civ. P. 41(b).

Date: 7/13/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

ROGER A.G. SHARPE, Clerk of Court

By: _____
    Deputy Clerk

Distribution:

Timothy Gabbard
26884
Howard County Jail
Inmate Mail/Parcels
1800 W. Markland
Kokomo, IN 46901